DAVID F. MCDOWELL (CA SBN 125806)
Email: dmcdowell@mofo.com
555 West Fifth Street, Suite 3500
Los Angeles, California  90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORP., <br><br> Defendant. | Case No.     3:08-cv-697-JCS <br><br> STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT |

  Plaintiff Technology Licensing Company, Inc. ("Plaintiff") and Defendant Target Corp. hereby stipulate, through their respective attorneys, pursuant to Civil L.R. 6-1(a), that the deadline for Defendant Target Corp. to file its answer to Plaintiff's Complaint is extended by 30 calendar days.

  This extension of time will not alter the date of any hearing or conference set by the Court.

1

Stipulation for Extension of Time to Answer Complaint—Case No. 3:08-cv-697-JCS
la-967219

1  Dated: March 4, 2008          DAVID F. MCDOWELL
                                 MORRISON & FOERSTER LLP
2
3
                                 By: _____
4                                     David F. McDowell

5                                Attorneys for Defendant
                                 TARGET CORPORATION
6
   Dated: March 4, 2008          JOHN W. CARPENTER
7                                LAW OFFICE OF JOHN W. CARPENTER
8
9                                By: _____
                                      John W. Carpenter
10
                                 Attorneys for Plaintiff
11                               TECHNOLOGY LICENSING COMPANY INC.

12

[line numbers 13–28 continue, blank]

---

2

Stipulation for Extension of Time to Answer Complaint—Case No. 3:08-cv-697-JCS

la-967219