DAVID F. MCDOWELL (CA SBN 125806)
Email: dmcdowell@mofo.com
555 West Fifth Street, Suite 3500
Los Angeles, California  90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORP.,<br><br>　　　　　　　Defendant. | Case No.　　　3:08-cv-697-JCS<br><br>STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT |

　　　　Plaintiff Technology Licensing Company, Inc. ("Plaintiff") and Defendant Target Corp. hereby stipulate, through their respective attorneys, pursuant to Civil L.R. 6-1(a), that the deadline for Defendant Target Corp. to file its answer to Plaintiff's Complaint is extended by 30 calendar days.

　　　　This extension of time will not alter the date of any hearing or conference set by the Court.

1  Dated: March 4, 2008      DAVID F. MCDOWELL
                              MORRISON & FOERSTER LLP

                              By: _____
                                   David F. McDowell

                              Attorneys for Defendant
                              TARGET CORPORATION

   Dated: March 4, 2008       JOHN W. CARPENTER
                              LAW OFFICE OF JOHN W. CARPENTER

                              By: _____
                                   John W. Carpenter

                              Attorneys for Plaintiff
                              TECHNOLOGY LICENSING COMPANY INC.

   Dated: March 6, 2008

   IT IS SO ORDERED
   Judge Joseph C. Spero
   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA