UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Technology Licensing Company, Inc.,

        Plaintiff(s),

   v.

Target Corp.,

        Defendant(s).
_____/

No. C 08 0697 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 20, 2008

Signature S/ James Oliva

Counsel for Defendant Target Corp.
(Plaintiff, Defendant, or indicate "pro se")