AVID F. McDOWELL (CA SBN 125806)
Email: dmcdowell@mofo.com
SCOTT C. MOORE (CA SBN 203181)
Email: smoore@mofo.com
555 West Fifth Street, Suite 3500
Los Angeles, California  90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORP., <br><br> Defendant. | Case No.    3:08-cv-697-CRB <br><br> DEFENDANT TARGET CORP.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Target Corporation (Defendant)
- Apex Digital Inc. (non-party manufacturer of the accused DVD players)

/ / /

/ / /

/ / /

/ / /

- Technology Licensing Company, Inc. (Plaintiff)

Dated: April 7, 2008

DAVID F. McDOWELL
SCOTT C. MOORE
MORRISON & FOERSTER LLP

By:    /s/ Scott C. Moore
       Scott C. Moore

       Attorneys for Defendant
       TARGET CORPORATION

Of Counsel:
JAMES R. STEFFEN
TIMOTHY J. CRUZ
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone:  (612) 766-7000
Facsimile:   (612) 766-1600

Attorneys for Defendant
TARGET CORPORATION