1  JOHN W. CARPENTER (Bar No. 221708)
   john@jwcarpenterlaw.com
2  33 ½ Los Pinos
   Nicasio, CA  94946
3  Telephone: (415) 374-7157
    Facsimile:  1- 866-410-6248
4
   Attorneys for Plaintiff
5  Technology Licensing Company Inc.

   DAVID F. McDOWELL (CA SBN 125806)
   e-mail: dmcdowell@mofo.com
   SCOTT C. MOORE (CA SBN 203181)
   e-mail: smoore@mofo.com
   MORRISON & FOERSTER LLP
   555 West Fifth Street
   Suite 3500
   Los Angeles, California  90013-1024
   Telephone: (213) 892-5200
   Facsimile: (213) 892-5454

   Attorneys for Defendant
   Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CO. INC.,<br><br>Plaintiff ,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>Defendant. | CASE NO.  3:08-cv-697 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2**<br><br>JUDGE:   Hon. Charles R. Breyer |

STIP. AND PROPOSED ORDER CONTINUING
INITIAL CMC
3:08-CV-697

## **Stipulation**

Pursuant to Civil L.R. 6-2, Plaintiff TECHNOLOGY LICENSING CO. INC. ("TLC") and Defendant TARGET CORP. ("TARGET") hereby stipulate to a continuance of the Initial Case Management in this matter.

The Initial Case Management Conference is currently set for May 9, 2008 at 1:30 PM. The parties are presently engaged in ongoing discussions to settle this matter, and need additional time to continue settlement discussions.

The parties have agreed that it would be in the best interest of the parties to seek a continuance of the Initial Case Management Conference to June 6, 2008 at 1:30 PM, or to whatever date and time thereafter may be set by the Court.

This is the first request for a time modification of the Initial Case Management in this matter.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that the Initial Case Management Conference in this matter be continued to June 6, 2008 at 1:30 PM, or to whatever date and time thereafter may be set by the Court.

Respectfully submitted,

DATED:  April 21, 2008        By /s/ John W. Carpenter
                              John W. Carpenter
                              Attorney for Plaintiff
                              Technology Licensing Company, Inc.

DATED:  April 21, 2008        By /s/ Scott C. Moore
                              Scott C. Moore
                              Attorneys for Defendant
                              Target Corp.

Attestation re: Electronic Signature

I, Scott C. Moore, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, § X.B, I hereby attest that John W. Carpenter has concurred in this filing.

1 **[PROPOSED] ORDER**

Pursuant to stipulation and upon good cause shown, the Court hereby continues the Initial Case Management Conference to June 6, 2008 at 1:30 PM.

SO ORDERED.

Dated _____, 2008        _____
                                      Hon. Charles R. Breyer
                                      United States District Judge

- 3 -    STIP. AND PROPOSED ORDER CONTINUING INITIAL CMC
3:08-CV-697