| | |
|---|---|
| JOHN W. CARPENTER (Bar No. 221708)<br>john@jwcarpenterlaw.com<br>33 ½ Los Pinos<br>Nicasio, CA  94946<br>Telephone: (415) 374-7157<br> Facsimile:  1- 866-410-6248<br><br>Attorneys for Plaintiff<br>Technology Licensing Company Inc. | DAVID F. McDOWELL (CA SBN 125806)<br>e-mail: dmcdowell@mofo.com<br>SCOTT C. MOORE (CA SBN 203181)<br>e-mail: smoore@mofo.com<br>MORRISON & FOERSTER LLP<br>555 West Fifth Street<br>Suite 3500<br>Los Angeles, California  90013-1024<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br><br>Attorneys for Defendant<br>Target Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CO. INC.,<br><br>Plaintiff ,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>Defendant. | CASE NO.  3:08-cv-697 CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR CONTINUING INITIAL**<br>**CASE MANAGEMENT CONFERENCE**<br>**PURSUANT TO CIVIL L.R. 6-2**<br><br>JUDGE:   Hon. Charles R. Breyer |

1 **Stipulation**

2   Pursuant to Civil L.R. 6-2, Plaintiff TECHNOLOGY LICENSING CO. INC. ("TLC")

3   and Defendant TARGET CORP. ("TARGET") hereby stipulate to a continuance of the Initial

4   Case Management in this matter.

5   The Initial Case Management Conference is currently set for May 9, 2008 at 1:30 PM.

6   The parties are presently engaged in ongoing discussions to settle this matter, and need additional

7   time to continue settlement discussions.

8   The parties have agreed that it would be in the best interest of the parties to seek a

9   continuance of the Initial Case Management Conference to June 6, 2008 at 1:30 PM, or to

10  whatever date and time thereafter may be set by the Court.

11  This is the first request for a time modification of the Initial Case Management in this

12  matter.

13  The present requested time modification would have no material effect on the schedule for

14  this case.

15  Accordingly, it is hereby stipulated and agreed that the Initial Case Management

16  Conference in this matter be continued to June 6, 2008 at ~~1:30 PM,~~ or to whatever date and time

17  thereafter may be set by the Court.

18                                                          Respectfully submitted,

19  DATED: April 21, 2008                      By /s/ John W. Carpenter
                                                John W. Carpenter
20                                              Attorney for Plaintiff
                                                Technology Licensing Company, Inc.
21

22  DATED: April 21, 2008                      By /s/ Scott C. Moore
                                                Scott C. Moore
23                                              Attorneys for Defendant
                                                Target Corp.
24
                                    Attestation re: Electronic Signature
25
    I, Scott C. Moore, am the ECF User whose ID and password are being used to file this
26
    document. In compliance with General Order 45, § X.B, I hereby attest that John W. Carpenter
27
    has concurred in this filing.
28

- 2 -    STIP. AND PROPOSED ORDER CONTINUING
         INITIAL CMC
         3:08-CV-697

1 **[~~PROPOSED~~] ORDER**

Pursuant to stipulation and upon good cause shown, the Court hereby continues the Initial Case Management Conference to June 6, 2008 at ~~1:30 PM.~~ 8:30 A.M.

SO ORDERED.

Dated __April 22_____, 2008      _____
Hon. Charles R. Breyer
United States District Judge



- 3 -

STIP. AND PROPOSED ORDER CONTINUING INITIAL CMC
3:08-CV-697