1  JOHN W. CARPENTER (CA SBN 125806)
   Email: john@jwcarpenterlaw.com
2  TECHNOLOGY LICENSING COMPANY, INC.
   33 ½ Los Pinos
3  Nicasio, California 94946
   Telephone: (415) 374-7157
4  Facsimile: (866) 410-6248
   Attorney for Plaintiff
5  TECHNOLOGY LICENSING COMPANY, INC.

6  DAVID F. McDOWELL (CA SBN 125806)
   Email: dmcdowell@mofo.com
7  SCOTT C. MOORE (CA SBN 203181)
   Email: smoore@mofo.com
8  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
9  Los Angeles, California 90013-1024
   Telephone: (213) 892-5200
10 Facsimile: (213) 892-5454

11 Attorneys for Defendant
   TARGET CORPORATION
12

13
14                UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA
16                   SAN FRANCISCO DIVISION

17 TECHNOLOGY LICENSING COMPANY, INC.,        Case No.    3:08-cv-697-CRB
18                     Plaintiff,             STIPULATED DISMISSAL WITH
                                              PREJUDICE PURSUANT TO FEDERAL
19     v.                                     RULE OF CIVIL PROCEDURE
                                              41(a)(1)(A)(ii)
20 TARGET CORP.,
21                     Defendant.
22
23
24
25
26
27
28

The parties, by and through their undersigned counsel of record, hereby stipulate and agree that the above-captioned action may be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without the award of costs or attorneys' fees to any party.

Dated: May 28, 2008

JOHN W. CARPENTER

By: /s/ John W. Carpenter
John W. Carpenter

Attorneys for Plaintiff
TECHNOLOGY LICENSING COMPANY, INC.

DAVID F. McDOWELL
SCOTT C. MOORE
MORRISON & FOERSTER LLP

By: Scott C. Moore
Scott C. Moore

Attorneys for Defendant
TARGET CORPORATION

la-972076

2

Stipulated Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii)—Case No. 3:08-cv-697-CRB